## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DONALD SHARP,

    Plaintiff,

v.                                              Civ. No. 21-0858 MV-GJF

ALL 50 STATE GOVERNORS, *et al*,

    Defendants.

### ORDER TO CURE DEFICIENCY

**THIS MATTER** comes before the Court on Plaintiff's Civil Letter-Complaint [ECF 1]. The filing is deficient because Plaintiff failed to prepay the $402 civil fee, or alternatively, file a motion to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff must cure this deficiency within thirty (30) days of entry of this Order.  Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions between March 1, 2021 and September 1, 2021.  If Plaintiff has not been detained for six months, he must submit a statement reflecting transactions between the date of his arrest/detention and September 1, 2021, when he filed the case.  Within thirty (30) days of entry of this Order, Plaintiff must also confirm his address and inmate number in writing.

    All filings must include the case number [Civ. No. 21-0858 MV-GJF].  The Court will not search Plaintiff's other dockets to recover misfiled documents.  Plaintiff is also warned that the failure to timely prepay the filing fee or file a signed *in forma pauperis* motion that includes an inmate account statement will result in dismissal of this case without further notice.  Simply alleging that he cannot obtain an account statement – as Plaintiff has done in other cases – is insufficient to overcome the requirements of 28 U.S.C. § 1915(b).

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff: (1) must prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an account statement, as set forth above; and (2) confirm his address and inmate number in writing.

**IT IS FURTHER ORDERED** that the Clerk's Office shall mail Plaintiff a form *in forma pauperis* application.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE